9/22/26

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

DAIN WHYTE,

Plaintiff,

v.

Markwayne Mullin, U.S. SECRETARY OF HOMELAND SECURITY, Joseph B. Edlow, DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, Susan Raufer, DIRECTOR, NEWARK ASYLUM OFFICE, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, and Kash Patel, DIRECTOR, FEDERAL BUREAU OF INVESTIGATION,

Defendants.

---------------------------------------------------------------x

**STIPULATION OF DISMISSAL**
**WITHOUT PREJUDICE**

Civil Action No.
1:26-cv-4503

(Matsumoto, J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: Brooklyn, New York
September 21, 2026

By: *____/s/ Cassandra Esteban Brusi____*

Cassandra Esteban Brusi
153 Columbia Street, Suite 2
Brooklyn, NY 11231
(202) 578-3250
info@cassandraesteban.com
*Counsel for Plaintiff*

Dated: Brooklyn, New York
September 21, 2026

JOSEPH NOCELLA, JR.
United States Attorney
*Counsel for Defendants*
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

By: */s Justin S. Kirschner*
Justin S. Kirschner
Assistant U.S. Attorney
(718) 254-6884
Justin.Kirschner@usdoj.gov